

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

ZACHARY W. CARTER
*Corporation Counsel*

KATHRYN M. SPROVIERI
*Assistant Corporation Counsel*
*Phone: (212) 356-2383*
*Fax: (212) 356-3509*
Email: ksprovie@law.nyc.gov

February 26, 2015

**BY ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:  Reginald Herbin v. City of New York, et al.,
           14-CV-3636 (SLT) (JO)

Your Honor:

    I am the Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced matter. I write in response to the Court's Valentin Order, dated January 14, 2015, in which this Office was ordered to ascertain the identity of the correction officer whom plaintiff purports to name as a defendant. Based on the information contained in the complaint, as well as a review of documents, the undersigned identifies the following Officer and the address at which he may be served with process:[1]

- Officer E. Searchwell, Shield number 1569; Otis Bantum Correctional Center, 16-00 Hazen Street, East Elmhurst, NY, 11370.

    This Office is continuing to investigate this matter and will supplement this response if more names or information become available.

---

[1] Although the complaint alleges that the incident occurred on May 17, 2011, our records indicate that the incident we believe plaintiff is alleging actually occurred on May 18, 2011.

I thank the Court for its attention to this matter.

        Respectfully submitted,

        /S
        Kathryn M. Sprovieri
        Assistant Corporation Counsel

cc:    Reginald Herbin (*by regular mail*)
       *Plaintiff pro se*
       349-13-00314
       George R. Vierno Center (GRVC)
       09-09 Hazen Street
       East Elmhurst, NY 11370