UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

REGINALD HERBIN,

                          Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                         Defendants.

------------------------------------------------------------------- X

**DECLARATION OF KATHRYN M. SPROVIERI**

14-CV-3636 (SLT) (JO)

**KATHRYN M. SPROVIERI**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

1. I am an Assistant Corporation Counsel in the Office of Zachary W. Carter, Corporation Counsel of the City of New York, attorney for defendant City of New York. As such, I am familiar with the facts stated below and submit this declaration to place on the record the relevant documents in support of said defendant's motion pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

2. Attached as Exhibit A is the "Complaint," dated May 14, 2014.

3. Attached as Exhibit B is the "Amended Complaint," dated November 29, 2014.

4. Attached as Exhibit C is a Statement pursuant to Local Rule 12.1 of the Eastern District of New York.

Dated:     New York, New York
            May 15, 2015

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the City of New York
                                    *Attorney for Defendant City of New York*
                                    100 Church Street, Room 3-214
                                    New York, New York 10007
                                    (212) 356-2383

                          By:    _/s/ KMS_____
                                  Kathryn M. Sprovieri
                                  Assistant Corporation Counsel