Reginald Herbin
c/o Borden Avenue Veterans Residence
21-10 Borden Avenue
L.I.C., New York 11101

U.S. District Court for
The Eastern District of New York       Oct 29, 2015
225 Cadmen Plaza East
Brooklyn, N.Y. 11201

To: Magistrate Hon. Sandra Townes &
Magistrate Hon. Orenstein

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV -5 2015 ★
BROOKLYN OFFICE

Dear Sir/Madam:

I write you today concerning a case I filed Herbin v Blake.

I would assume that this case has been dismissed by the Court as I have been unable to respond to correspondences by the parties.

Since my release to the State proceeded by my release to NYS Parole on or about May 14, 2015 I have been transferred approximately every month to different shelters. And it has been an extreme hardship to maintain the case as my property & legal documents always arrived to my new location days afterward. Eventually I fell too far back. My last location address

at Northern Blvd in Queens County lost all my legal work which crippled my ability to proceed with this case.

Therefore I'm respectfully submitting my decision or acknowledgement then I cannot proceed. And to thank you for all the time & attention that you gave my complaint.

Please pardon me for the long delay in notifying you of my status. Again, thank you ever so much for all the consideration that you afforded my complaint. You time was very appreciated.

Lastly, I do have another case (complaint) that I intend to file after I'm situated where I can give it the attention that's required and/or find professional representation.

Thank You!

Sincerely Yours Truly,

Reginald Hopkins
PRO PER SUI JURIS

Reginald Little
28-10 Borden Ave
L.L.C., N.Y. 11101

U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMEN PLAZA EAST
BROOKLYN, N.Y. 11201

Attn: Pro Se Office