Case 1:14-cv-03636-MKB-JO   Document 43   Filed 09/12/16   Page 1 of 9 PageID #: 282

Reginald Herbin
R.N.D.C.
11-11 Hazen Street
E. Elmhurst, N.Y. 11370



RECEIVED
SEP 12 2016
PRO SE OFFICE

U.S. District Court
for the Eastern District
of New York
U.S. Courthouse
225 Cadmen Plaza East
Brooklyn, New York 11217
718.613.2665

September 7, 2016

Re.: Herbin et al v. Blake et al
Case No.: 1:14-cv-03636-SLT-JO

Dear Madam Hon. Sandra Townes,

I called the Corporation Counsel's Attorney John L. Garcia this morning and he graciously agreed to forward a copy of the Motion to Dissmiss Plaintiff's Complaint.

I also agreed to forward my request for Extra time to answer Defendant's Motion that I'm sending the Court.

Your Honor, on after thought I decided to send you a response to the Defendant's Motion to make the deadline that you graciously extended to me by September 14, 2016. If allowable & possible can I humbly request time to Amend my Answer to the Defendant's Motion so as that I can articulate my answer correctly to the point.

Thank you in advance for all appreciated considerations Ma'am Ms. Magistrate Townes.

Sincerely Submitted,
I Am: Reginald Herbin
Plaintiff
28 USC 1746 (1)

No Public Notary has been available since September 4, 2016 at R.N.D.C.

# DISTRICT ATTORNEYS

**District Attorney's Office**
**New York County**
80 Centre Street
New York, New York 10013
(212) 335 – 4300

**District Attorney's Office**
**Kings County**
Renaissance Place
350 Jay Street, 19th Floor
Brooklyn, New York 11201
(718) 250 – 2000

**District Attorney's Office**
**Bronx County**
198 East 161st Street
Bronx, New York 10451
(718) 590 – 2000

**District Attorney's Office**
**Queens County**
125-01 Queens Boulevard
Kew Gardens, New York 11415
(718) 286 – 6000

**District Attorney's Office**
**Richmond County**
130 Stuyvesant Place, 7th Floor
Staten Island, New York 10301
(718) 876 – 6300

**U.S. Department of Justice**
950 Pennsylvania Avenue, N.W.
Washington, DC 20530 - 0001
(202) 514 - 2000

**Department of Juvenile Justice**
Headquarters
110 William Street, 14th Floor
New York, New York 10038

New York State
**Attorney General Offices**
**Office of the Attorney General**
120 Broadway, 24th Floor
New York, NY 10271-0332
(212) 416- 8000

&

**Office of the Attorney General**
Capitol Building
Albany, New York 12224-0341
(800) 771 –7755

**Attorney General of United States**
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. suite 570
Washington, DC 20530 - 0001
(202) 514 –1555, 2000

**United States Attorney's Office**
*Southern District of New York*
The Silvio J. Mollo Building
1 Saint Andrew's Plaza
New York, NY 10007
(212) 637- 2200

&

U.S. Courthouse Annex
One Saint Andrew's Plaza
New York, New York 10007
(212) 637 - 2200

&

✻ *Eastern District of New York*
271 Cadman Plaza East
Brooklyn, New York 11201
(718) 254 - 7000

&

*Northern District of New York*
445 Broadway, Room 218
Albany, New York 12207
(518) 431-0247

---

*Handwritten note:* This is from RNDC LAW LIBRARY INFO FILES. I lost calls to this incorrect phone number. The receiver kept hanging up before the automated connection was complete.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Reginald Herbin (M 51),

Defendant.

FELONY

ADA Michael Mulanaphy
(212) 335-9531

Police Officer Albert Castillo, Shield 7524 of the Midtown South Precinct, states as follows:

*The defendant is charged with:*

| | | |
|---|---|---|
| 1 | PL 220.39(1) | Criminal Sale of a Controlled Substance in the Third Degree (defendant #1: 1 count) |
| 2 | PL 170.30 | Criminal Possession of a Forged Instrument in the First Degree (defendant #1: 1 count) |
| 3 | PL 220.06(1) | Criminal Possession of a Controlled Substance in the Fifth Degree (defendant #1: 1 count) |

*[handwritten: look at law]*

On or about June 20, 2016 at about 2:25 P.M., in front of 351 West 42nd Street in the County and State of New York, the defendant knowingly and unlawfully sold a narcotic drug; the defendant uttered and possessed a forged instrument of a kind specified in section 170.15 of the Penal Law with knowledge that it was forged and with intent to defraud, deceive and injure another; the defendant knowingly and unlawfully possessed a controlled substance with intent to sell it.

*The factual basis for these charges are as follows:*

*[handwritten: and in che]*

I am informed by Police Officer Michael Wolfe, Shield 8144 of the Midtown South Precinct, that he observed the defendant give separately charged defendant Tony Diggs a small object in exchange for a quantity of United States currency. *[handwritten: argu]*

I am further informed by Police Officer Wolfe that he took twelve small bags of crack/cocaine from the defendant's hands. I took one small bag of crack/cocaine and one pipe containing crack/cocaine residue from separately charged defendant Diggs' left front pants pocket.

I know that the bags contained crack/cocaine based on my professional training

I was walking on 42nd Street with Tony Biggs on our way to Apt. Bldg W. 351 to a party.

The Arresting Officer stopped us and said it looked like I gave Mr. Biggs something. He didn't know what it 'the small object' was so he wants to do a search. The officer pat frisked his front pocket (left) and told Mr Biggs to empty his pockets. Bingo! Now they want to search me. Bingo! I didn't exchange no money for drugs tailored testimony.

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK

-against-

Reginald Herbin (M 51),

Defendant.

FELONY

ADA Michael Mulanaphy
(212) 335-9531

as a police officer in the identification of drugs, my prior experience as a police officer making drug arrests, and my observation of the packaging, which is characteristic of crack/cocaine.

I took $18 United States currency from the defendant's pants pocket.

I additionally took a counterfeit $10 bill of United States currency from the defendant's wallet. I know the bill is counterfeit because it does not have the security strip or hologram found in genuine United States currency.

False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.

_____     6-2-16        2223
Police Officer Albert Castillo          Date          Time

Mr Biggs takes plea to Time Served on Misdemeanor possession.

D.A. gives him a horse and he left town. Why they get to harrass me in Supreme Court.

I wonder why Mr Biggs is not my co-defendant in the caption of the felony criminal complaint?

# Criminal Court of the City of New York

## New York County

## Felony Complaint

The People of the State of New York
vs.

| DEFENDANT: | | CHARGES: |
|---|---|---|
| Reginald Herbin        (M 51) | M16643795 | PL 220.39(1) |
| M16643795   06/20/2016 14:31 | | PL 170.30 |
| 2660 8 AVENUE | | PL 220.06(1) |
| MANHATTAN NY | | |

*Apt. 1567*   *Bench*

2016NY038642

Interpreter: Language _____   Screener: MULANAPHY, MICHAEL - TB70

**Notices Served at Arraignment:**

☐ CPL 190.50 - Grand Jury
☐ Cross Grand Jury
☐ Waive Cross Grand Jury
☐ CPL 710.30(1) (A) - Statement
☐ CPL 710.30(1) (B) - Identification
☐ CPL 250.20 - Alibi
☐ PL 450.10(48 hrs /15 days) - Property

☐ OTHER: _____

**Adjournment:**

Part: _____ Date: _____

☐ CPL 180.80/30.30 Waived

**Bail Condition:**

_____ / _____ / _____
(Ins. Co. Bond)   (Cash)   (Other) _____

☐ Surety Exam - 48 hours/72 hours
☐ Temporary Order of Protection
☐ ART. 730 Exam Ordered
☐ Medical Attention
☐ Protective Custody
☐ Suicide Watch
☐ Psychiatric Evaluation

| Arresting Officer | Court Reporter | Date | Part |
|---|---|---|---|
| ALBERT CASTILLO | | | |

**Judge:** _____

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 12 2016 ★
BROOKLYN OFFICE

9/8/16

Attn

The Law Library is out of stock of envelopes so I'm sending this in Sections. Here part I of III

PARTS

Reginald Llebbin (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)
R.N.D.C.
11-11 Hazen Street
E. Elmhurst, N Y 11370

United States District Court
for the
Eastern District of New York
225 Cadmen Plaza East
Brooklyn, New York
11217

1120181832 C013

LEGAL MAIL/ Att: Pro Se Office