9/8/16

Dear Pro Se,

Re: Herbin et al -v- Blake et al

FILED
US DISTRICT COURT E.D.N.Y.
★ SEP 19 2016 ★
BROOKLYN OFFICE

The facility law library is out of large envelopes so I'm sending this Part II of 3 parts

R. Herbin



POLICE DEPARTMENT

**Manhattan Property Clerk**
**One Police Plaza, Room S-20**
**New York, N.Y. 10038**

August 3, 2016

Reginald Herbin #3491607102
R.N.D.C.
11-11 Hazen Street
E. Elmhurst, N.Y. 11370

Mr. Herbin,

     Your recent letter has been forwarded to this office for investigation. Your property under Invoice #1000816020/#1000816031 was vouchered as safekeeping on 6/20/16 by 14th Precinct. Pursuant to law, property removed for safekeeping purposes, whether criminal proceedings have been instituted or not, must be claimed within 120 days from the date it was vouchered or the property may be disposed of by the Police Department Property Clerk. Invoice #1000816020 is being held at the Manhattan Property Clerk. Invoice #1000816031 is being held at the Pearson Place Warehouse.

     In order to obtain the return of property, you or a representative authorized by a notarized letter to claim the property will be required to submit, in person, the invoice, and proper identification (one (1) government issued photo identification plus at least one (1) non-photo identification) to the office of the Property Clerk:

     **Manhattan Property Clerk – 1 Police Plaza**
     **Pearson Place Warehouse – 47-15 Pearson Place**

     Should you have any further questions you may contact me at (646) 610-7208.

Respectfully Yours,

Anthony Santangelo
Sergeant

COURTESY  •  PROFESSIONALISM  •  RESPECT
Website: http://nyc.gov/nypd

PD 158-151 (Rev. 12-07)

# NYPD PETS
**PROPERTY and EVIDENCE TRACKING SYSTEM**
## Property Clerk Invoice
PD 521-141(Rev. 11/09)

Invoice No. **1000816031**

| Invoicing Command | | | | Invoice Status |
|---|---|---|---|---|
| **14TH PCT(MTS)** | | | | **OPEN** |
| Invoice Date | Property Type | | | Property Category |
| **06/20/2016** | **GENERAL PROPERTY** | | | **SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | | |
|---|---|---|---|---|---|---|
| Invoicing | | | 950175 | MTS PCT (14TH) | OCME. EU No. | |
| Arresting | | | 950175 | MTS PCT (14TH) | OCME. FB No. | |
| Investigating | | | | | Police Lab Evid. Ctrl. No. | |
| Det Squad Supervisor | | | | | Det Sqd. Case No. | N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No. | N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | BACK PACK<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 2 | 1 | SUN GLASSES<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 3 | 1 | PRESCRIPTION EYEGLASSES<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 4 | 1 | OTHER MEDICAL SUPPLIES<br>COLOR: BROWN<br>ONE CASE FOR GLASSES | 1300397242 | 1 | |
| 5 | 4 | KEYS<br>COLOR: ASSORTED COLORS | 1300397242 | 4 | |
| 6 | 1 | CELL PHONE<br>COLOR: WHITE MAKE: HTC | 1300397242 | 1 | |
| 7 | 1 | CELL PHONE<br>COLOR: BLACK MAKE: ALCATEL | 1300397242 | 1 | |
| 8 | 1 | BATTERY<br>COLOR: BLACK MAKE: ALCATEL<br>ALCATEL CELLPHONE BATTERY | 1300397242 | 1 | |
| 9 | 1 | HAT/CAP<br>COLOR: BLACK | 1300397242 | 1 | |

Handwritten annotations:
- (Item 3) — ITS BEEN DIFFICULT READING DOCUMENTS WITHOUT MY EYEWEAR
- (Item 5) — I NEED MY HOUSE KEY. AS NEW DOOR LOCKS ARE EXPENSIVE ON UNEMPLOYED INCOME
- (Item 6/7) — I NEED MY BRAND NEW EXPENSIVE SMART PHONE
- (Item 9) — MADE ME REMOVE MY KUFI DURING RAMADAN TO BE MALICIOUS AND SPITEFUL

Signature: PEARSON PL.


Invoice No. **1000816031**

Prisoner / Finder / Owner Copy
printed: 08/02/2016 11:02

PCD Storage No.
**16W054649**
Page No. 1 of 6

# NYPD PETS — PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)

Invoice No. **1000816031**

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 10 | 1 | HAT/CAP<br>COLOR: **BLACK** MAKE: **NEW YORK CITY** | 1300397242 | 1 | |
| 11 | 2 | HEADPHONE *— I WANT MY EXPENSIVE SONY HEADPHONES*<br>COLOR: **WHITE** | 1300397242 | 2 | |
| 12 | 3 | PEN<br>COLOR: **ASSORTED COLORS** | 1300397242 | 3 | |
| 13 | 1 | MARKER<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 14 | 2 | OTHER CLOTHING<br>COLOR: **BLACK**<br>2 BLACK SHOE LACES | 1300397242 | 2 | |
| 15 | 1 | CELL PHONE - ACCESSORIES<br>COLOR: **ASSORTED COLORS**<br>CHARGER | 1300397242 | 1 | |
| 16 | 1 | CELL PHONE - ACCESSORIES<br>COLOR: **WHITE**<br>ONE PROTABLE CHARGING DEVICE | 1300397242 | 1 | |
| 17 | 1 | CELL PHONE - ACCESSORIES<br>COLOR: **BLACK**<br>ONE BLACK USB CORD | 1300397242 | 1 | |
| 18 | 1 | BATTERY<br>COLOR: **BLACK** MAKE: **ALCATEL**<br>ONE ALCATEL BATTERY | 1300397242 | 1 | |
| 19 | 1 | CELL PHONE<br>COLOR: **BLACK** MAKE: **ALCATEL** | 1300397242 | 1 | |
| 20 | 1 | BELT *— TOOK MY BELT TO BE MALICIOUS & SPITEFUL*<br>COLOR: **BLACK** | 1300397242 | 1 | |
| 21 | 1 | TANK TOP *— TOOK MY UNDERWEAR TO BE MALICIOUS AND SPITEFUL*<br>COLOR: **WHITE** | 1300397242 | 1 | |


Invoice No. 1000816031

Prisoner / Finder / Owner Copy
printed: 08/02/2016 11:02

PCD Storage No. **16W054649**

Page No. 2 of 6

# NYPD PETS — PROPERTY and EVIDENCE TRACKING SYSTEM
## Property Clerk Invoice
PD 521-141(Rev. 11/09)



Invoice No. **1000816031**

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 22 | 1 | JACKET/COAT<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 23 | 1 | WALLET<br>COLOR: BLACK | 1300397242 | 1 | |
| 24 | 1 | BENEFIT CARD<br>DOCUMENT HOLDER'S NAME: HERBIN REGINALD<br>NUMBER: 6004868925296032994 ISSUER'S NAME: NYS | 1300397242 | 1 | |
| 25 | 1 | OTHER IDS<br>DOCUMENT HOLDER'S NAME: REGINALD HERBIN<br>NUMBER: 7346243588<br>ISSUER'S NAME: US DEPARTMENT OF VETERANS AFFA | 1300397242 | 1 | |
| 26 | 3 | CREDIT/DEBIT CARD | 1300397242 | 3 | |
| 27 | 6 | METRO CARDS | 1300397242 | 6 | |
| 28 | 4 | STORE CARD<br>COLOR: ASSORTED COLORS | 1300397242 | 4 | |
| 29 | 1 | MISC PAPERS<br>FOLDER WITH MISC PAPERS | 1300397242 | 1 | |
| 30 | 2 | CONDOM<br>COLOR: ASSORTED COLORS | 1300397242 | 2 | |
| 31 | 1 | TOOTH BRUSH<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 32 | 1 | NAIL CLIPPER<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 33 | 1 | OTHER OFFICE SUPPLY<br>COLOR: ASSORTED COLORS<br>NOTE PAD | 1300397242 | 1 | |

Handwritten annotations:
- (on JACKET/COAT): "I WANT MY EXPENSIVE DESIGNER JACKET"
- (on WALLET): "TOOK MY WALLET TO BE MALICIOUS AND SPITEFUL"
- (on BENEFIT CARD / OTHER IDS): "I NEED ALL MY ID'S & CARDS TO BE SPITEFUL"
- (on OTHER OFFICE SUPPLY): "TOOK MY BUSINESS PERSONAL ORGANIZER SO THAT I COULDN'T CONTACT MY FAMILY & FRIENDS. ECT TO BE MALICIOUS & SPITEFUL"



Invoice No. 1000816031

Prisoner / Finder / Owner Copy
printed: 08/02/2016 11:02

PCD Storage No. **16W054649**

# NYPD PETS — Property and Evidence Tracking System
## Property Clerk Invoice
PD 521-141 (Rev. 11/09)



Invoice No. **1000816031**

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 34 | 1 | SCREWDRIVER<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | TRIED TO CHARGE ME WITH A WEAPON TO BE MALICIOUS AND SPITEFUL |
| 35 | 1 | CIGARETTE<br>COLOR: ASSORTED COLORS | 1300397242 | 1 | |
| 36 | 1 | OTHER GROOMING & HYGIENE<br>COLOR: ASSORTED COLORS<br>TOOTH PASTE | 1300397242 | 1 | |
| 37 | 4 | OTHER ACCESSORY<br>COLOR: ASSORTED COLORS<br>4 RELIGIOUS CLOTHING ACCSSORY | 1300397242 | 4 | TOOK MY RELIGIOUS ARTICLES FROM ME AND VOUCHERED EVERYTHING AND REFUSED TO GIVE ME RECEIPT TO BE MALICIOUS & SPITEFUL |
| 38 | 4 | PHOTOGRAPH<br>COLOR: ASSORTED COLORS | 1300397242 | 4 | |

**REMARKS:**
950175 06/20/2016 19:11 : DEFT AGREES WITH ABOVE LISTED ITEMS

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 06/20/2016 | | | N/A | ACCEPTED |

| | Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|---|
| 1 | HERBIN, REGINALD | 05/29/1965 | 51 | 2660 8 AVENUE, MANHATTAN, NY | M16643795 | |
| 2 | DIGGS, TONY | 02/11/1963 | 53 | 93-12 202 STREET, QUEENS, NY | M16643798 | 07018123H |

| Complaint No. | 2016-014-06506 |
|---|---|
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

| Approvals | Rank | Name | Tax No. | Command | Date | Time |
|---|---|---|---|---|---|---|
| Entered By | | | 950175 | MTS PCT (14TH) | 06/20/2016 | 18:38 |
| Invoicing Officer | | | 950175 | MTS PCT (14TH) | 06/20/2016 | 19:12 |
| Approved By | | | 924858 | MTS PCT (14TH) | 06/20/2016 | 20:23 |



Invoice No. **1000816031**

Prisoner / Finder / Owner Copy
printed: 08/02/2016 11:02

PCD Storage No.
**16W054649**

Page No. 4 of 6

 NYPD **PETS** PROPERTY and EVIDENCE TRACKING SYSTEM
**Property Clerk Invoice**
PD 521-141(Rev. 11/09)

 Invoice No. **1000816020**

| | |
|---|---|
| Invoicing Command<br>**14TH PCT(MTS)** | Invoice Status<br>**OPEN** |
| Invoice Date<br>**06/20/2016** | Property Type<br>**JEWELRY** | Property Category<br>**SAFEKEEPING** |

| Officers | Rank | Name | Tax No. | Command | |
|---|---|---|---|---|---|
| Invoicing | | | 950175 | MTS PCT (14TH) | OCME. EU No. |
| Arresting | | | 950175 | MTS PCT (14TH) | OCME. FB No. |
| Investigating | | | | | Police Lab Evid. Ctrl. No. |
| Det Squad Supervisor | | | | | Det Sqd. Case No.  N/A |
| CSU/ECT Processing | | | | | CSU/ECT Run No.  N/A |

| Item | Total QTY | Article(s) | PETS No. | Pkg. QTY | Disposition |
|---|---|---|---|---|---|
| 1 | 1 | **WATCHES**<br>MAKE: CHARLES RAYMOND  COLOR: WHITE METAL<br>LEAD SEAL NO.: 751796 | 1100188293 | 1 | A/O MADE ME REMOVE ALL MY JEWELRY TO BE MALICIOUS & SPITEFUL |
| 2 | 3 | **RINGS**<br>COLOR: WHITE METAL  LEAD SEAL NO.: 751796 | 1100188293 | 3 | |
| 3 | 1 | **NECKLACES**<br>COLOR: WHITE METAL  LEAD SEAL NO.: 751796<br>ONE NECKLACES WITH A PENDANT | 1100188293 | | |
| 4 | 1 | **BRACELETS**<br>COLOR: WHITE METAL  LEAD SEAL NO.: 751796 | 1100188293 | 1 | |

**REMARKS:**
950175  06/20/2016 18:38 :  DEFT AGREE WITH ABOVE LISTED ITEMS

| Date Of Incident | Penal Code/Description | Crime Classification | Related To | Receipt |
|---|---|---|---|---|
| 06/20/2016 | 220.06/CRIMINAL SALE OF CON | FELONY | N/A | ACCEPTED |

| Prisoner(s) Name | D.O.B | Age | Address | Arrest No./Summons No. | NYSID No. |
|---|---|---|---|---|---|
| 1 HERBIN, REGINALD | 05/29/1965 | 51 | 2660 8 AVENUE, MANHATTAN, NY | M16643795 | |
| 2 DIGGS, TONY | 02/11/1963 | 53 | 93-12 202 STREET, QUEENS, NY | M16643798 | 07018123H |

| | |
|---|---|
| Complaint No. | 2016-014-06506 |
| Related Comp No.(s) | N/A |
| Aided/Accident No.(s) | N/A |
| Related Invoice(s) | N/A |

*manhattan property*

 Invoice No. **1000816020**

Prisoner / Finder / Owner Copy
printed: 08/02/2016 11:01

PCD Storage No.
**16M039162**
Page No. 1 of 4

Reginald Hardi (349-16-07602)
R.N.D.C.
11-11 Hazen Street
E. Elmhurst N.Y. 11370

NEW YORK NY 100
15 SEP 2016 PM 10 L

United States District Court
Eastern District of New York
U.S. Courthouse
225 Cadmen Plaza East
Brooklyn, N.Y. 11217

Att: Pro Se Office / Hon. Townes

11201-189899