UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------

Reginald Herbin,
               Plaintiff

- against -

NYPD P.O. Andre Blake #27155,
   and
CORRECTION OFFICER E. Searchwell #1569,
              Defendants.
-----------------------------------

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

NOTICE OF
OPPOSITION
MOTION
PURSUANT TO F.R.C.P.

Dkt. No.: 1:14-cv-03636-SLT-JO

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 19 2016 ★
BROOKLYN OFFICE

SIRS/MADAMS:

    COMES NOW AND PLEASE TAKE NOTICE, that upon the annexed Affidavit of Reginald Herbin, sui juris, duly sworn to on the 13th day of September, 2016, and upon all the proceedings and all the other papers had to herein, the undersigned will move this Court at a Term Part thereof to be held at the U.S. Courthouse located at 225 Cadman Plaza East, County of Brooklyn, on the 28th day of September, 2016, at 9:30 o'clock a.m. in the forenoon of that day or as soon thereafter as Plaintiff can be heard for an Order granting the Plaintiff's Opposition Motion to Defendant Motion to Dismiss Complaint.

    And for such other and further relief as this Court may deem just and proper.

DATED: East Elmhurst, New York
       September 13, 2016

Yours etc.,
I Am: /s/ Reginald Herbin
Reginald Herbin
AUTHORIZED REPRESENTATIVE
PRO PER PLAINTIFF