UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------

Reginald Herbin,
                    Plaintiff,

    - v. -

NYPD P.O. Andre Blake # 27155,
    and
CORRECTION OFFICER E. Searchwell #1569,
                    Defendants.
------------------------------

AFFIDAVIT IN SUPPORT OF OPPOSITION MOTION

Dkt. No.: 1:14-cv-03636-SLT-JO

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF ~~BRONX~~ )

I, Reginald Herbin, sui juris, being duly sworn deposes and says:

1. That I am a detainee presently being incarcerated at the R.N.D.C. facility on Rikers Island, listed under the mailing address of 11-11 Hazen Street, East Elmhurst, N.Y. 11370.

2. I am the Plaintiff in the above entitled action and make this Affidavit in Support of Plaintiff's motion for Opposition to Motion of Defendant(s) to dismiss Complaint.

3. Whereupon, although I am personally familiar with all of the facts and statements hereinafter stated to the best of my

knowledge, information and belief, I am a layperson in matters of law and seek this Courts indulgence for errors, ommission, defects and irregularities pursuant to ~~████~~ Federal Rules Civil Procedure and sections thereof.

4. I am charging / accusing the Defendants with False & Unlawful Arrest / Confinement; Unlawful Search & Seizure; Assault & other Constitutional violations.

5. I Oppose the Dismissal of Plaintiff's Motion by Defendant. I am awaiting copies of the Defendants motion from the Pro Se Office & from the defendants to arrive very soon so as that I may properly dispute any claims to dismiss Plaintiff's complaint.

6. ~~I also take this time to humbly request of this Honorable Court for Leave to Amend the original complaint. As I have grown more knowledgable of law I feel that the Complaint can be more correctly upgraded.~~ OMIT

I humbly request time to respond to the Defendant's motion to dismiss after I receive their copy so that I can properly articulate my Opposition.

WHEREFORE, the Plaintiff prays that this Court grant his Motion thereto, and for such Other and further relief as this Court seems just and proper as to Plaintiff's request herein.

Respectfully submitted,

I Am: *Reginald Herbin*
Reginald Herbin
AUTHORIZED REPRESENTATIVE
PRO PER PLAINTIFF
B&C No.: 349-16-07102
c/o   R.N.D.C.
11-11 Hazen Street
E. Elmhurst, N.Y. 11370

ALL RIGHTS RESERVED

John L. Garcia
New York City Law Department
100 Church Street
New York, N.Y. 10007

Kathryn M. Sprovieri
New York City Law Department
100 Church Street
New York, N.Y. 10007

Sworn to before me this 13th day of September 2016

*Sabrina Adele Jenkins*
NOTARY PUBLIC
Commissioner of deeds.



Sabrina Adele Jenkins
Commissioner of Deeds-State of New York
Qualified in city of ___New York___ and
County of ___Queens___
Commission # 4-7220
Commission Expires June 1, 2016 2018.