Reginald Herbin 349-16-07102
R.N.D.C. (C-74)
11-11 Hazen Street
E. Elmhurst, N.Y. 11370

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 13 2016 ★
BROOKLYN OFFICE

United States District Court
Eastern District of New York
Pro Se Office
U.S. Courthouse
225 Cadmen Plaza East
Brooklyn New York 11201

October 5, 2016

Re.: Herbin v. Blake
Case No.: 1:14-cv-03636-SLT-JO

Dear Sir/Madam,

Herein again enclosed was sent to your Office as Part III or as an exhibit of Requests repeatedly made to the Grievance Department of this Institution (R.N.D.C.) requesting them to take action with the Legal Aid Department of this facility to grant me an interview, after [2] months. Where I eventually had to complain to the Legal Aid Society to assist me.

I sent this as proof for and to the Honorable Justice Townes that I made efforts to use the Legal Aid service in this facility to assist me in aquiring access to the original documents pertaining to the case matter referenced above so as that I could have responded to the Defendant's Motion to Dismiss my case/complaint by the aforesaid deadline.

Therefore I'm re-sending just in case it can still be added to the previous parts.

Sincerely Yours,
All Rights Reserved
Reginald Herbin
PLAINTIFF

Reginald Herbin (349-16-07102)
R.N.D.C.
11-11 Hazen Street
E. Elmhurst N.Y. 11370

EXHIBIT A

The Legal Aid Society
Prisoner's Rights
199 Water Street
New York, N.Y. 10038
(212) 577-3530

August 9, 2016

Re: LEGAL AID @ RNDC
INTERVIEW REQUEST

**COMPLAINT**

B&C No.: 349-16-07102

Dear Sir/Madam,

  I write you today to file a formal Complaint concerning the denial of Legal Aid service here at the Robert N. Davoren Correction Complex.
  I was interviewed at MDC complex on June 29, 2016 and transferred before I could complete my circumstance. I was transferred to RNDC on July 5, 2016. Since my arrival I have requested an interview from Legal Aid to address an legal issue to date to no avail.
  The Legal Aid Dept. has failed me in addressing my legal affairs and has caused me great hardship and inconvenience in a resolving my issues.

        Yours etc.,
        All Rights Reserved
cc: file   RH    I Am: *Reginald Herbin*
         Reginald Herbin
         COMPLAINANT



City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Herbin | 349-16-07102 | 06412624K |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| RNDC | 6 U 19 | 7/8/16 | 7/12/16 |

All grievances and requests must be submitted within ten business days after the incident occurred unless the condition or issue is ongoing. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** I have been submitting interview slips/forms to see ~~Mental Health Services~~ & Legal Aid on 7/5, 7/6, 7/8 regarding assistance on issues and have not been seen.

**Action Requested by Inmate:** To be interviewed by Social Services & Legal Aid Dept ASAP.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff?  ☐ Yes  ☑ No
Do you need the IGRP staff to write the grievance or request for you?  ☐ Yes  ☑ No
Have you filed this grievance or request with a court or other agency?  ☐ Yes  ☑ No
Did you require the assistance of an interpreter?  ☐ Yes  ☑ No

Inmate's Signature: _ALL RIGHTS RESERVED_  Date of Signature: 7/12/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

MAILED OUT JULY 23, 2016

Form: # 7101R, Eff.: 09/10/12, I. f.: Dir. #3376 - page 1

# City of New York - Department of Correction
# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM



| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Herbin, R. | 349-16-07102 | 06412624K |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| RNDC | 6U19 | Jul 22, 16 | Jul 22, 16 |

All grievances and requests must be submitted within ten business days after the incident occurred unless the condition or issue is ongoing. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** Grievant has been requesting an Legal Aid interview on several occassions since July 7, 2016 concerning legal matters and Legal Aid is denying & refusing to grant this Grievant an interview.

**Action Requested by Inmate:** To grant Grievance an interview to resolve his legal issues.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff?  ☐ Yes  ☑ No
Do you need the IGRP staff to write the grievance or request for you?  ☐ Yes  ☑ No
Have you filed this grievance or request with a court or other agency?  ☐ Yes  ☑ No
Did you require the assistance of an Interpreter?  ☐ Yes  ☑ No

ALL RIGHTS RESERVED

Inmate's Signature: Reginald Herbin    Date of Signature: 7/22/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | | |
| | Inmate Grievance and Request Program Staff's Signature: | |

Form: # 7101R, Eff.: 09/10/12, R.f.: Dir. #3376 - page 1



City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Herbin, Reginald | Book & Case #: 349-16-07102 | NYSID # (optional): 06412624K |
| --- | --- | --- |
| Facility: R.N.D.C. | Housing Area: 6U19 | Date of Incident: 7/29/16 | Date Submitted: 7/30/16 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** Legal AID is refusing to grant me an interview regarding Legal Aid assistance concerning court matters since June 29, 2016

**Action Requested by Inmate** grant me a legal Aid interview.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff? ☐ Yes ☑ No
Do you need the IGRP staff to write the grievance or request for you? ☐ Yes ☑ No
Have you filed this grievance or request with a court or other agency? ☐ Yes ☑ No
Did you require the assistance of an interpreter? ☐ Yes ☑ No

Inmate's Signature: All Rights Reserved Reginald    Date of Signature: 7/30/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
| --- | --- | --- |
| | Inmate Grievance and Request Program Staff's Signature: | |

MAILED-OUT AUG 3, 2016

Form: # 7101-R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1 

City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Herbin, Reginald | Book & Case #: 349-16-07102 | NYSID # (optional): |
| --- | --- | --- |
| Facility: R.N.D.C. | Housing Area: 6 U 19 | Date of Incident: 8/2/16 | Date Submitted: 8/2/16 |

All grievances and requests must be submitted within ten business days after the incident occurred unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** LEGAL AID IS REFUSING TO GRANT GREIVANT AN INTERVEIW SINCE JUNE 29, 2016

**Action Requested by Inmate:** GRANT GREIVANT AN INTERVEIW TO RESOLVE HIS LEGAL ISSUES.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff? ☐ Yes ☒ No
Do you need the IGRP staff to write the grievance or request for you? ☐ Yes ☒ No
Have you filed this grievance or request with a court or other agency? ☒ Yes ☐ No
Did you require the assistance of an interpreter? ☐ Yes ☒ No

Inmate's Signature: *All Rights Reserved* Date of Signature: 8/2/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
| --- | --- | --- |
| | Inmate Grievance and Request Program Staff's Signature: | |

Form: # 7101-R, Eff.: 09/10/12, R. f.: Dir. #3376 - page 1 

City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: Herbin, Reginald | Book & Case #: 349-16-07102 | NYSID # (optional): |
| --- | --- | --- |
| Facility: R.N.D.C. | Housing Area: 6 U 19 | Date of Incident: 8/2/16 | Date Submitted: 8/4/16 |

All grievances and requests must be submitted within ten business days after the incident occurred unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** LEGAL AID IS REFUSING TO GRANT GREIVANT AN INTERVEIW SINCE JUNE 29, 2016

**Action Requested by Inmate:** GRANT GREIVANT AN INTERVEIW TO RESOLVE HIS LEGAL ISSUES.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff? ☐ Yes ☒ No
Do you need the IGRP staff to write the grievance or request for you? ☐ Yes ☒ No
Have you filed this grievance or request with a court or other agency? ☒ Yes ☐ No
Did you require the assistance of an interpreter? ☐ Yes ☒ No

Inmate's Signature: Reginald [signature] All Rights Reserved    Date of Signature: 8/4/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
| --- | --- | --- |
| | Inmate Grievance and Request Program Staff's Signature: | |



City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Herbin, Reginald | 349-16-07102 | |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| R.N.D.C. | 6 U 19 | 8/2/16 | 8/5/16 |

All grievances and requests must be submitted within ten business days after the incident occurred unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:** LEGAL AID IS REFUSING TO GRANT GREIVANT AN INTERVEIW SINCE JUNE 29, 2016

**Action Requested by Inmate:** GRANT GREIVANT AN INTERVEIW TO RESOLVE HIS LEGAL ISSUES.

Please read below and check the correct box:

| | Yes | No |
|---|---|---|
| Do you agree to have your statement edited for clarification by IGRP staff? | ☐ | ☒ |
| Do you need the IGRP staff to write the grievance or request for you? | ☐ | ☒ |
| Have you filed this grievance or request with a court or other agency? | ☒ | ☐ |
| Did you require the assistance of an interpreter? | ☐ | ☒ |

Inmate's Signature: *All Rights Reserved* [signature]  Date of Signature: 8/5/16

**For DOC Office Use Only**
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
| | Inmate Grievance and Request Program Staff's Signature: | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN NEW YORK 11201

September 29, 2016

**Reginald Herbin 349-16-07102**
**R.N.D.C. (C-74)**
**11-11 Hazen Street**
**E. Elmhurst, NY 11370**

**Dear Mr. Herbin,**

    We are writing in response to your letter(s) to the United States District Court for the Eastern District of New York received on: September 13th 2016.

    The Court cannot act upon your submission(s). The Court can only act upon a complaint or a petition. The Pro Se Office cannot accept courtesy copies of your action at The Legal Aid Society.

    Any papers you wish to submit to this Court must be sent to this Office at the address listed above. This Office cannot offer any advice regarding the merits of your case.

    We hope this information is of assistance to you. Should you have any further questions, please contact this Office.

Sincerely,

The Pro Se Office

Reginald Herbin 349-16-07102
R.N.D.C.
11-11 Hazen Street
E. Elmhurst, N.Y. 11370



NEW YORK NY 100
23 OCT 2015 PM 7 L

U.S. District Court
Eastern District of New York
Pro Se Office
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

11201-183299

Att: Pro Se Office

LEGAL MAIL