EXHIBIT A

# NYC HEALTH+ HOSPITALS

Correctional Health Services
125 Worth Street
New York, NY 10013

## CERTIFICATION OF CORRECTIONAL HEALTH SERVICES RECORDS

I, Marella Lowe, Assistant Director of Medical Records for Correctional Health Services, do hereby certify that the record attached is in custody of and is an accurate and complete record of the condition, act, transaction, occurrence or event of this institution concerning:

Patient's Name: Herbin, Reginald

Book and Case Number: 349-16-07102

I further certify that the record was made in the regular course of business of this institution and it is the regular course of business of this institution to make such record, and such record is made at the time of the condition, act, transaction, occurrence or event, or within a reasonable time thereafter.

Marella Lowe
Assistant Director of Medical Records
Correctional Health Services
Date: 10/19/2016

EXHIBIT B


Health

NEW YORK CITY DEPARTMENT OF
HEALTH AND MENTAL HYGIENE
Thomas Farley, MD, MPH
*Commissioner*

Division of Health Care Access & Improvement
Bureau of Correctional Health Services
Clinic Administration
Medical Records Unit

55 Water Street
New York 10041

## Request for Release of Medical Information

I request a copy of my entire medical record:

Name: __Herbin, Reginald__
      Last                First           (Middle Initial)

AKA: _____

Book & Case Number: __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 2__

NYSID Number: __06412624 K__

Date of Birth: __05 / 29 / 1965__
               Month   Day   Year

Housing Facility: __R.N.D.C. 6U 19 NORTH__

If you would like for your medical record to be sent to any other parties, please fill out a HIPAA release form (Authorization form).

Patient Signature: *ALL RIGHTS RESERVED* / *Reginald Herbin* / *AUTHORIZED AGENT*

Date: __09 / 29 / 16__
     Month   Day   Year

Revised 9/13/12