REGINALD HERBIN
349-16-07102
c/o ROBERT N. DAVOREN CENTER
11-11 HAZEN STREET
E. ELMHURST, N.Y. 11370

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ DEC 27 2016 ★
·3:00PM·RV·
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11217

December 20, 2016

Att: PRO SE OFFICE

Re.: Herbin v. Blake
Dkt. No.: 1:14-cv-03636-SLT-JO

Dear Sirs/Madams:

    I write you today regarding an update on moving the above referenced action. Since my previous correspondence it has been my action to acquire the Medical reports from the Department from Health. I need the book & case number or the exact date of injury, which I don't remember. So I've been attempting to contact the attorney assigned to the case i.e. Mr. David Seman, of the Legal Aid Society. I spoke to him in October 2016. He said he would request them from the archives which would take approximately 4-6 weeks. I have been unable to reach him for the last month as he has been on vacation since November 21st. I'm presently still trying to reach him to date.

    The Law Department has forward Medical Release Authorization documents which I willfully complete and return in the hopes that they can expedite the search.

I wrote DCJS for my rap sheet so that I could get the book & case no. to pinpoint the Medical treatment date. (See enclosed RTS letter). The R.N.D.C. has the incorrect address for the DCJS on file (see enclosed exhibit). I rewrote the DCJS at their new correct address and I am awaiting their response.

Thank you for your patience and for all extended courtesies.

Until further notice enjoy the holiday season.

Yours etc.,
All Rights Reserved
Reginald R. Herbin
PRO PER PLAINTIFF

> ## DCJS CONTACT INFO
>
> New York State Division of Criminal Justice Services
> Record Review Unit
> 4 Tower Place
> Albany, NY 12203-3764
>
> (518) 485-7675
> (518) 457-9847 or
> (800) 262-3257
>
> RecordReview@dcjs.state.ny.us

2. **If you are not incarcerated or will be incarcerated for less than 45 days,** you can get a copy of your rap sheet directly from DCJS.

3. **How you get your rap sheet from DCJS depends on whether you live in New York and whether you can afford DCJS's fee.**

   a) **If you cannot afford the fee:**
      Fee-waivers are available if DCJS determines that you cannot afford the $60.75 fee. To get a fee-waiver application packet, contact DCJS.

      NOTE: If you are on public assistance, you can qualify for a fee-waiver by sending a photocopy of your EBT or Medicaid card. If not, you must include a notarized financial statement of available assets and current income with your application so DCJS can determine if you qualify for a fee waiver. For more information, visit:
      
      http://criminaljustice.state.ny.us/ojis/recordreview.htm

# HOW DO I GET MY RAP SHEET?

## THROUGH DCJS

1. If you are serving a sentence of more than 45 days (at the time you are requesting the rap sheet) in a New York State prison or a county or city jail, DCJS will send you a free copy of your rap sheet if you write a letter (see Appendix A for a model letter) to DCJS that includes your:

   - Name
   - Aliases (any other name you used for yourself or are known by to law enforcement or a court)
   - Date of birth
   - DIN (the Department of Corrections "Department Identification Number") or your inmate number if you are in a local facility
   - NYSID number (a unique number given by DCJS to identify and group your record) if you have it, (it's ok if you don't)
   - Race, sex and Social Security number (to help identify your file)
   - Remaining time you will be incarcerated. (DCJS will not send your rap sheet if you will be incarcerated for less than 45 days.)



WARNING: If you think there may be an **outstanding warrant** for your arrest, take care of it *before* you contact DCJS to order a rap sheet. Contacting DCJS may mean that the arresting agency learns your current address. To address the warrant, try to contact the attorney who represented you in the case or call the local public defender's office where your case was heard. You can find contact information for public defenders in every state at: www.nlada.org/NLADA/Links/Links_Home#links_IndigentDefense

Reginald Herbin 349-16-07102
R.N.D.C.
11-11 Hazen Street
E. Elmhurst, NY 11370



NYS DIVISION of CRIMINAL JUSTICE SERVICES
RECORD REVIEW UNIT
4 TOWER PLACE
ALBANY, NEW YORK
12203

NIXIE    061    SE 1         0011/22/16
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD

UTF
11370>1377
12203-371207    BC: 11370137711    *2145-00717-18-39

LEGAL MAIL

Reginald Herbin
349-16-07102
R.N.D.C.
11-11 Hazen Street
E. Elmhurst, NY
11370

New York State Division of                      November 11, 2016
Criminal Justice Services
4 Tower Place
Albany, NY 12203-3702

Dear Sir/Madam:

I am incarcerated at the Robert N. Davoren Center (C-74).
I am a pre-trial detainee since my arrest on June 20, 2016.

The following information should assist you in locating my file:

NAME                      Reginald Herbin
INSTITUTIONAL ID#         349-16-07102
DATE OF BIRTH             May 29, 1965
SOCIAL SECURITY #         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
NYSID #                   06412624K

Please process my request at your earliest convenience.
Thank you for your attention.

Sincerely
All Rights Reserved
Reginald Herbin

Reginald Herbin 349-16-07102
R.N.D.C.
11-11 Hazen Street
E. Elmhurst, NY 11370



United States District Court for
the Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11217

Legal Mail

1120131832 C013

Att: Hon. Sandra L. Townes